**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CELONIS SE and CELONIS, INC.<br><br>Plaintiffs,<br><br>Counterclaim Defendants,<br><br>v.<br><br>SAP SE and SAP AMERICA, INC.<br><br>Defendants,<br><br>Counterclaim Plaintiffs. | Civil Action No. 2:25-cv-01037-RWS-RSP<br><br>**DEMAND FOR JURY TRIAL** |

**JOINT MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER**

Defendants SAP SE and SAP America, Inc. (collectively, "SAP") and Plaintiffs Celonis SE and Celonis, Inc.'s (collectively, "Celonis") jointly submit an agreed Docket Control Order attached hereto.

1

April 1, 2026

Respectfully submitted,


/s/ Robert W. Unikel
Robert W. Unikel (IL Bar No. 6216974)
**PAUL HASTINGS LLP**
71 South Wacker Drive, 45th Floor
Chicago, Illinois 60606
Telephone: 312.499.6000
Fax: 312.499.6100
robertunikel@paulhastings.com

Naveen Modi (*Pro hac vice*)
Allan M. Soobert (VA Bar No. 35817)
Michael Wolfe (*Pro hac vice*)
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, DC 20036
Telephone: 202.551.1700
Fax: 202.551.0490
naveenmodi@paulhastings.com
allansoobert@paulhastings.com
michaelwolfe@paulhastings.com

Melissa Smith (TX Bar No. 24001351)
**GILLAM & SMITH LLP**
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: 903.934.8450
Fax: 903.934.9257
melissa@gillamsmithlaw.com

Joseph M. Beauchamp (TX Bar No. 01994000)
**JONES DAY**
717 Texas Suite 3300
Houston, Texas 77002
Telephone: 832.239.3835
Fax: 832.239.3600
jbeauchamp@jonesday.com

Tharan Gregory Lanier (CA Bar No. 138784)
**JONES DAY**
1755 Embarcadero Road
Palo Alto, California 94303
Telephone: 650.739.3939
Fax: 650.739.3900

/s/ Gurtej Singh
David Perlson (CA Bar No. 209502)
Gurtej Singh (CA Bar No. 286547)
Christine Pinnkathok (CA Bar No. 353430)
Isabella Bosetti (CA Bar No. 358767)
**HOGAN LOVELLS US LLP**
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
david.perlson@hoganlovells.com
tej.singh@hoganlovells.com
christine.pinnkathok@hoganlovells.com
isabella.bosetti@hoganlovells.com

Celine J. Crowson (D.C. Bar No. 0436549A)
Jennifer Fleury (TX Bar No. 24094658)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street
Washington, DC 20004-1109
Telephone: (202) 637-5703
Facsimile: (202) 637-5910
celine.crowson@hoganlovells.com
jennifer.fleury@hoganlovells.com

Deron R. Dacus (TX Bar No. 00790553)
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1117
ddacus@dacusfirm.com

*Attorneys for Plaintiffs*
*Celonis SE and Celonis, Inc.*

tglanier@jonesday.com

Kristin L. Cleveland (OR Bar No. 001318)
**KLARQUIST SPARKMAN, LLP**
121 SW Salmon St., Suite 1600
Portland, Oregon 97204
Telephone: 503.473.0866
Fax: 503.595.5301
kristin.cleveland@klarquist.com

*Attorneys for Defendants*
*SAP SE and SAP AMERICA, INC.*

## CERTIFICATE OF CONFERENCE

PURSUANT TO Local Rule CV-7(i), I hereby certify that counsel for the parties have complied with the meet and confer requirement set forth in Local Rule CV-7(h) and this motion is filed joint and unopposed.

*/s/ Robert W. Unikel*

Robert W. Unikel